No. 85–1923. KAMER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–1925. CEMENTCRAFT, INC. *v.* CONCRETE UNLIMITED, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–1927. PECK, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF RATLIFF, ET AL. *v.* M/V MORRIS HARVEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–1929. RAJARAM *v.* A. S. ABELL PUBLISHING CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–1930. HUMBLE EXPLORATION CO., INC. *v.* PHILLIPS PETROLEUM, INC. C. A. 5th Cir. Certiorari denied.

No. 85–1932. LAFOUNTAIN *v.* TOWN OF SARATOGA, WYOMING, ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–1933. BOUND BROOK ASSN. ET AL. *v.* CITY OF NOR-WALK ET AL. Sup. Ct. Conn. Certiorari denied.

No. 85–1934. DIGICOURSE, INC. *v.* AMA DISTRIBUTORS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–1935. JOHNSON *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 85–1936. LORD ELECTRIC CO., INC. *v.* UNITED STATES; No. 85–1942. W. V. PANGBORNE & CO., INC., ET AL. *v.* UNITED STATES; and No. 85–1950. SARGENT ELECTRIC CO. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 785 F. 2d 1123.

No. 85–1937. GIOFFRE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–1941. MISSISSIPPI *v.* NEALY. C. A. 5th Cir. Certiorari denied.